IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS D. SMITH, | ) | Case No. 3:18-cv-210 |
| | ) | |
| Plaintiff, | ) | JUDGE KIM R. GIBSON |
| | ) | |
| v. | ) | |
| | ) | |
| FBI OF PITTSBURGH and ISSAC | ) | |
| HASSEN, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in

accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72 for Magistrate

Judges.

The Magistrate Judge filed a Report and Recommendation on November 1, 2018 (ECF No.

3), recommending that the Complaint (ECF No. 2) be dismissed for failure to state a claim,

without leave to amend.

Plaintiff was notified that pursuant to 28 U.S.C. § 636(b)(1), he had fourteen days to file

objections. Plaintiff filed responses in the similar matter at Case No. 3:18-cv-194-KRG-KAP (W.D.

Pa.) that can be considered timely objections.

Upon *de novo* review of the record of Plaintiff's previous similar matters, the record in this

matter, the Report and Recommendation, and Plaintiff's objections, the following order is

entered:

**AND NOW**, this 11th day of December, 2018, it is **HEREBY ORDERED** that the

Complaint is dismissed for failure to state a claim, without leave to amend. The Report and

Recommendation (ECF No. 3) is adopted as the opinion of the Court, excluding the language on the second page of the Report and Recommendation, beginning with "real defect" and concluding with "troubled individual." This language is not adopted by the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

Thomas D. Smith
910 Philadelphia Avenue, Apartment 4
Northern Cambria, PA 15714